# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Washington

JAMIE M.,

| | )
|---|---
| *Plaintiff* | )
| v. | )
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | )
| | )
| *Defendant* | )

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2019**

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-CV-3203-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other:  Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by Judge    Mary K. Dimke _____ on Motions for Summary Judgment (ECF Nos. 14 and 15).

Date:  August 12, 2019 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Penny Lamb _____

*(By) Deputy Clerk*

Penny Lamb _____